**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 03-7048**

─────────

UNITED STATES OF AMERICA,

                                 Plaintiff - Appellee,

      versus

REGINALD CLAUDIUS GRAYSON, a/k/a Doobie,

                                 Defendant - Appellant.

─────────

Appeal from the United States District Court for the District of South Carolina, at Greenville.  G. Ross Anderson, Jr., District Judge.  (CR-99-530, CA-02-1926)

─────────

Submitted:  November 6, 2003    Decided:  November 18, 2003

─────────

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Reginald Claudius Grayson, Appellant Pro Se. Elizabeth Jean Howard, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Reginald Claudius Grayson seeks to appeal the district court's order denying his request for a certificate of appealability under 28 U.S.C. § 2253 (2000). Grayson previously appealed the district court's denial of his motion for relief under 28 U.S.C. § 2255 (2000), and in that appeal we concluded that no certificate of appealability was warranted. Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2